**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1898**

DERRICK MICHAEL ALLEN, SR.,

Plaintiff - Appellant,

v.

DURHAM CO. DETENTION FACILITY; CAPTAIN BARNES; MAJOR BAZMORE; CHIEF PRIGNOVO; CAPTAIN RUSSELL; MAJOR CORNIGEE; OFC. WHITTFIELD; OFC. MCMILLIAN; STAFF SGT. COLEMAN; OFC. GIBSON; CORRECT CARE SOLUTION(S); NURSE JOHNSON; SLADE,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:20-cv-01080-TDS-LPA)

Submitted: December 16, 2021                    Decided: December 17, 2021

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Durham Co. Det. Facility*, No. 1:20-cv-01080-TDS-LPA (M.D.N.C. Aug. 11, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*